IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PURCELL BRONSON : CIVIL ACTION
:
v. :
:
PAMELA DEMBE, AND THE COMMON :
PLEAS COURT OF PHILADELPHIA : NO. 10-0569

ORDER

AND NOW, this 8th day of March, 2010, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court shall **CLOSE** this case statistically.

BY THE COURT:

/s/ John C. Fullam
JOHN P. FULLAM, SR. J.